**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KALEY WEST**,

      Plaintiff,

v.                                          Case No: **8:17-cv-03009-VMC-AEP**

**ONEMAIN FINANCIAL GROUP, LLC**
**successor by merger to ONEMAIN**
**FINANCIAL, INC. formerly known as**
**SPRINGLEAF,**

      Defendant.

_____

**NOTICE OF CORRECTION**
**RELATING TO CERTIFICATE OF COMPLIANCE [DE 24]**

**COMES NOW**, Plaintiff, KALEY WEST, by and through her undersigned counsel, and files this Notice of Correction relating to the Certificate of Compliance [DE 24] filed by Plaintiff on April 2, 2018. Pursuant to the Endorsed Order [DE 23] filed on March 30, 2018, the above-mentioned case has been administratively closed. On Monday, April 2, 2018 the Plaintiff's Certificate of Compliance was filed in error in that Plaintiff did not serve copies of all documents in her possession, custody, or control that relate to the debt collection activities in question on Defendant, OneMain Financial Group, LLC successor by merger to OneMain Financial, Inc. formerly known as Springleaf as the case had already been closed.

      Respectfully, submitted this 2nd day of April, 2018, by:

Page 1 of 2

*s/ Kimberly H. Wochholz*
Kimberly H. Wochholz
Fla. Bar No. 0942421
The Consumer Rights Law Group, PLLC
3104 W. Waters Avenue, Suite 200
Tampa, Florida 33614-2877
Tel: (813) 435-5055 ext 101
Fax: (866) 535-7199
Kim@ConsumerRightsLawGroup.com
James@ConsumerRightsLawGroup.com
Counsel for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 2nd day of April 2018, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

*s/ Kimberly H. Wochholz*
Kimberly H. Wochholz
Attorney for Plaintiff